UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-115-JST (JPRx)            Date:  February 8, 2012

Title:  GuideOne Mutual Insurance Company v. Ecowater Systems LLC

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                            Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

      This action was filed in this Court on January 25, 2012.  However, it appears that the Court may lack subject matter jurisdiction.  Jurisdiction is asserted on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332.  A limited liability company is joined as a party, which requires the Court to consider the citizenship of each of the members or partners, including limited partners, to determine if diversity jurisdiction is proper.  *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894 (9th Cir. 2006) (limited liability company).  The citizenship of each of the entity's partners or members has not been sufficiently alleged.

      Accordingly, the Court orders plaintiff to show cause in writing no later than February 22, 2012, why this action should not be dismissed without prejudice for lack of subject matter jurisdiction.  If plaintiff requires discovery to establish the citizenship of the defendant, plaintiff may request additional time to engage in jurisdictional discovery, provided that such a request is made on or before the above deadline.  Failure to respond by the above date will result in the Court dismissing this action.

      The Court further orders that plaintiff shall promptly serve this minute order on any defendant who has been served with the Complaint, or who is served before the date specified above.

Initials of Preparer:  ag