JS-6

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Guideone Mutual Insurance Co., as Subrogee to South Coast Christian Assembly | ) ) ) ) | No. SACV12-115-JLS(JPRx) |
| *Plaintiff* | ) | |
| v. | ) | |
| EcoWater System LLC d/b/a North Star Water Conditioning and North Star Water Conditioning | ) ) ) ) ) | |
| *Defendants* | | |

## JUDGMENT IN A CIVIL ACTION ON A JURY VERDICT

This action was tried by a jury with Judge Josephine L. Staton presiding, and the jury has rendered a verdict.

It is ordered that:

Plaintiff, GuideOne Mutual Insruance Co., as Subrogee to South Coast Christian Assembly ("Plaintiff") recover nothing, the action be dismissed with prejudice on the merits, and Defendants, EcoWater Systems LLC d/b/a North Star Water Conditioning and North Star Water Conditioning recover costs from Plaintiff.

Date: February 24, 2014

JOSEPHINE L. STATON
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE